## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HUGO ARELLANO-AYLLON,** | : | **CIVIL ACTION NO. 3:19-1999** |
| **Petitioner** | : | |
| | : | **(JUDGE MANNION)** |
| **v.** | : | |
| **WARDEN CRAIG A. LOWE,** | : | |
| **Respondent** | : | |

### ORDER[1]

Upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. §2241 (Doc. 1), and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED** that:

1.  Petitioner's petition for writ of habeas corpus is **DENIED WITHOUT PREJUDICE** to his right to seek relief by filing another petition should his detention become arbitrary or unreasonable.

2.  The Clerk or Court is directed to **CLOSE** this case.

s/ Malachy E. Mannion
MALACHY E. MANNION
United States District Judge

Dated:  April 20, 2020
19-1999-01 order

---

[1] This matter has been reassigned due to the death of the Honorable James M. Munley.